PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MENG CAO, *et al.*,<br><br>            Plaintiffs,<br><br>    v.<br><br>KIKA SCOTT, Senior Official Performing the Duties of the Director, United States Citizenship and Immigration Services, *et al.*,<br><br>            Defendants. | C 5:25-cv-02682-NC<br><br>**STIPULATION TO STAY PROCEEDINGS; ORDER** |

      The parties hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until July 22, 2025. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

      Plaintiffs filed this action seeking adjudication of their Form I-829, Petition by Investor to Remove Conditions on Permanent Resident Status. United States Citizenship and Immigration Services ("USCIS") is in the process of issuing a Notice of Intent to Deny ("NOID") on Plaintiffs' petition. Once USCIS issues the NOID and receives Plaintiffs' response, the agency will work diligently towards completing adjudication of Plaintiffs' petition, absent unforeseen or exceptional circumstances that would require additional time for adjudication.

      Accordingly, the parties stipulate and request that the proceedings in this case be stayed until

July 22, 2025, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: May 23, 2025

Respectfully submitted[1],

PATRICK D. ROBBINS
Acting United States Attorney

*s/ Elizabeth Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorneys
Attorneys for Defendants

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stip. to Stay Proceedings
C 5:25-cv-02682-NC                          2

1    Dated:  May 23, 2025

2                                                          *s/ Nan Shen*
                                                          NAN SHEN
3                                                          Law Offices of Nan Shen
                                                          Attorney for Plaintiffs

4

5                                         **ORDER**

6              Pursuant to stipulation, IT IS SO ORDERED.

7    Date:  May 27, 2025

8                                                          _____
     HON. NATHANAEL COUSINS
9    United States

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

